UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

JUAN COSTILLA, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:12-CV-297-F
)
BILL HAGLER, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint in this action does not contain any allegations suggesting that Plantiff is in imminent danger of serious physical injury. Accordingly, pursuant to 28 U.S.C. § 1915(g), this action hereby is DISMISSED.

**This Judgment Filed and Entered on December 19, 2012, and Copies To:**

Juan Costilla (via regular mail to #0959190, Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

DATE                                             JULIE A. RICHARDS, CLERK
December 19, 2012                          /s/ Susan K. Edwards
                                                    (By) Susan K. Edwards, Deputy Clerk